IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 28, 2008

Charles R. Fulbruge III
Clerk

No. 07-30632

LINDA LAWRENCE, wife of Clement F Perschall Jr; CLEMENT F
PERSCHALL JR

                                        Plaintiffs-Appellants

v.

FIDELITY NATIONAL INSURANCE COMPANY; EAGAN INSURANCE
AGENCY INC

                                        Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:06-CV-1072

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM:[*]

We find that the district court committed no reversible error and affirm on

the basis of the district court opinion.  See 5th Cir. R. 47.6.

                                                    AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.